

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ARMANDO HERNANDEZ-LOPEZ, | No. 14-73134 |
| Petitioner, | Agency No. A095-272-049 |
| v. | |
| LORETTA E. LYNCH, Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted June 14, 2016[**]

Before:     BEA, WATFORD, and FRIEDLAND, Circuit Judges.

Armando Hernandez-Lopez, native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying his motion to

reopen.  We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

discretion the agency's denial of a motion to reopen. *Najmabadi v. Holder*, 597

F.3d 983, 986 (9th Cir. 2010). We deny the petition for review.

The BIA did not abuse its discretion in denying Hernandez-Lopez's motion,

where he failed to establish that the evidence submitted was previously

unavailable. *See* 8 C.F.R. § 1003.2(c)(1) (requirements for motion to reopen).

**PETITION FOR REVIEW DENIED.**

14-73134